STATEMENT LISTING INVOICES

| Inv # | Date | Invoice Am | Total Due |
|---|---|---|---|
| 2008167 | 4/21/2023 | 45.16 | 45.16 |
| 2008168 | 2/16/2023 | 24,121.61 | 696.02 |
| 2020183 | 3/16/2023 | 7,528.22 | 898.50 |
| 2020184 | 3/16/2023 | 34,875.66 | 787.01 |
| 2022969 | 3/23/2023 | 15,914.87 | 419.00 |
| 2025700 | 3/30/2023 | 10,915.99 | 28.67 |
| 2028913 | 4/6/2023 | 20,377.75 | 2,395.98 |
| 2037385 | 4/27/2023 | 21,205.64 | 459.27 |
| 2049072 | 5/25/2023 | 20,527.89 | 1,366.30 |
| 2052048 | 6/1/2023 | 10,426.07 | 6,356.70 |
| 2052049 | 6/1/2023 | 16,533.34 | 1,970.96 |
| 2057700 | 6/15/2023 | 5,738.50 | 2,400.00 |
| 2063413 | 6/29/2023 | 17,081.07 | 3,303.44 |
| 2066088 | 7/6/2023 | 14,923.09 | 1,428.33 |
| 2074592 | 7/27/2023 | 7,100.00 | 3,069.00 |
| 2077672 | 8/3/2023 | 7,008.20 | 4,371.70 |
| 2077674 | 8/3/2023 | 10,247.60 | 2,832.00 |
| 2080816 | 8/11/2023 | 1,050.00 | 1,050.00 |
| 2085353 | 8/22/2023 | 784.00 | 784.00 |
| 2086367 | 8/24/2023 | 1,840.50 | 184.00 |
| 2086368 | 8/24/2023 | 22,114.21 | 4,546.37 |
| 2089224 | 8/31/2023 | 1,318.60 | 104.55 |
| 2089225 | 8/31/2023 | 25,891.86 | 3,756.98 |
| 2091929 | 9/7/2023 | 21,188.53 | 1,467.91 |
| 2114728 | 11/2/2023 | 9,022.44 | 2,152.55 |
| 2117680 | 11/9/2023 | 2,856.00 | 2,856.00 |
| 2117682 | 11/9/2023 | 24,394.33 | 4,231.59 |
| 2120751 | 11/16/2023 | 14,612.92 | 4,509.80 |
| 2126961 | 11/30/2023 | 15,195.09 | 158.19 |
| 2130052 | 12/7/2023 | 9,600.80 | 9,600.80 |
| 2130054 | 12/7/2023 | 16,084.17 | 1,431.90 |
| 2136349 | 12/21/2023 | 2,559.35 | 157.50 |
| 2136351 | 12/21/2023 | 9,536.45 | 938.90 |
| 2151912 | 1/25/2024 | 5,094.48 | 29.30 |

EXHIBIT A 001

| | | | |
|---|---|---|---|
| 2151913 | 1/25/2024 | 17,645.96 | 785.90 |
| 2154897 | 2/1/2024 | 3,995.05 | (3,651.25) |
| 2154898 | 2/1/2024 | 11,000.73 | (8,031.24) |
| 2157821 | 2/8/2024 | 13,003.68 | 1,633.60 |
| 2160865 | 2/15/2024 | 32,797.97 | 1,593.68 |
| 2163941 | 2/22/2024 | 15,506.31 | 108.00 |
| 2173923 | 3/14/2024 | 20,252.67 | 34.00 |
| 2186478 | 4/11/2024 | 16,436.93 | 510.77 |
| 2189446 | 4/18/2024 | 1,140.00 | 1,140.00 |
| 2192429 | 4/25/2024 | 807.50 | 323.00 |
| 2195195 | 5/2/2024 | 678.30 | 678.30 |
| 2198191 | 5/9/2024 | 1,522.50 | 1,522.50 |
| 2201118 | 5/16/2024 | 457.15 | 140.25 |
| 2201119 | 6/24/2024 | 1,844.50 | 1,844.50 |
| 2206910 | 5/30/2024 | 17,592.04 | 1,957.25 |
| 2206911 | 5/30/2024 | 19,399.90 | 1,514.00 |
| 2186477 | 6/11/2024 | (53.25) | (53.25) |
| 2212890 | 6/13/2024 | 15,775.27 | 300.00 |
| 2216018 | 6/20/2024 | 16,837.80 | 2,705.96 |
| 2218897 | 6/27/2024 | 8,035.90 | 2,382.45 |
| 2222070 | 7/5/2024 | 14,971.65 | 3,417.00 |
| 2224423 | 7/11/2024 | 3,878.70 | 3,356.30 |
| 2224424 | 7/11/2024 | 550.35 | 428.25 |
| 2224425 | 7/11/2024 | 10,806.96 | 1,347.50 |
| 2230370 | 7/25/2024 | 10,015.29 | 315.35 |
| 2233414 | 8/1/2024 | 16,289.00 | 8,888.00 |
| 2237445 | 8/12/2024 | 23,280.74 | 1,764.70 |
| 2239023 | 8/15/2024 | 53.45 | 53.45 |
| 2244718 | 8/29/2024 | 4,650.00 | 4,200.00 |
| 2247478 | 9/5/2024 | 1,680.00 | 1,680.00 |
| 2247482 | 9/5/2024 | 1,903.50 | 1,903.50 |
| 2248791 | 9/9/2024 | 8,843.00 | 1,575.00 |
| 2251787 | 9/16/2024 | 31,127.25 | 1,072.25 |
| 2253638 | 9/19/2024 | 6,497.26 | 62.30 |
| 2230729 | 10/4/2024 | 0.00 | 883.00 |

EXHIBIT A 002

| | | | |
|---|---|---|---|
| 2260406 | 10/5/2024 | 828.00 | 828.00 |
| 2262697 | 10/10/2024 | 13,658.00 | 2,715.00 |
| 2274823 | 11/7/2024 | 19,070.30 | (259.00) |
| 2286505 | 12/3/2024 | 420.00 | 420.00 |
| 2287533 | 12/5/2024 | 3,608.17 | 135.15 |
| 2287537 | 12/5/2024 | 2,079.00 | 2,079.00 |
| 2294245 | 12/19/2024 | 12,672.30 | 161.40 |
| 2250395 | 1/3/2025 | (705.90) | (705.90) |
| 1072025 | 1/21/2025 | 0.00 | 2,240.00 |
| 2314018 | 1/30/2025 | 6,607.00 | 127.50 |
| 2317394 | 2/6/2025 | 5,997.60 | (28.30) |
| 12194 | 1/31/2023 | 4,398.45 | 3,360.00 |
| 12289 | 2/10/2023 | 6,766.75 | 1,001.54 |
| 12290 | 2/10/2023 | 6,166.00 | 1,597.00 |
| 12291 | 2/10/2023 | 13,830.50 | 963.30 |
| 12367 | 2/24/2023 | 17,036.50 | 787.00 |
| 12545 | 3/17/2023 | 1,260.00 | 420.00 |
| 12650 | 3/31/2023 | 17,280.00 | 4,320.00 |
| 12721 | 4/14/2023 | 8,160.00 | 2,720.00 |
| 12724 | 4/14/2023 | 3,512.00 | 324.00 |
| 12725 | 4/14/2023 | 14,652.00 | 3,356.50 |
| 13061 | 6/9/2023 | 8,376.00 | 444.00 |
| 13073 | 6/9/2023 | 750.00 | 315.24 |
| 13130 | 6/23/2023 | 5,796.00 | 1,096.27 |
| 13168 | 6/29/2023 | 9,734.00 | 1,670.00 |
| 13171 | 6/29/2023 | 2,283.00 | 837.50 |
| 13198 | 6/30/2023 | 265.00 | 265.00 |
| 13284 | 7/14/2023 | 5,792.00 | 3,115.00 |
| 13285 | 7/14/2023 | 462.00 | 132.00 |
| 13447 | 8/11/2023 | 3,150.75 | 1,338.10 |
| 13485 | 8/18/2023 | 2,790.00 | 1,200.00 |
| 13486 | 8/18/2023 | 5,700.00 | 2,280.00 |
| 13490 | 8/18/2023 | 4,005.00 | 1,638.00 |
| 13591 | 9/1/2023 | 2,825.50 | 1,925.50 |
| 13592 | 9/1/2023 | 800.00 | 800.00 |

EXHIBIT A 003

| | | | |
|---|---|---|---|
| 13595 | 9/3/2023 | 5,970.00 | 400.00 |
| 13615 | 9/6/2023 | 3,765.50 | 927.50 |
| 13743 | 9/24/2023 | 2,793.50 | 160.00 |
| 13785 | 9/29/2023 | 4,000.00 | 4,000.00 |
| 13792 | 9/29/2023 | 6,909.00 | 1,470.00 |
| 13882 | 10/13/2023 | 8,776.00 | 2,480.00 |
| 14159 | 11/21/2023 | 5,972.50 | 1,950.00 |
| 14226 | 12/1/2023 | 6,825.00 | 1,140.00 |
| 14493 | 1/9/2024 | 3,780.00 | 1,188.00 |
| 14525 | 1/12/2024 | 7,588.00 | 880.00 |
| 14567 | 1/19/2024 | 14,742.00 | 1,980.00 |
| 14638 | 2/2/2024 | 3,840.00 | 1,392.00 |
| 14639 | 2/2/2024 | 17,060.00 | 29.00 |
| 14664 | 2/9/2024 | 2,364.00 | 1,680.00 |
| 14681 | 2/13/2024 | 5,403.00 | 3,520.00 |
| 14712 | 2/23/2024 | 2,677.50 | 420.50 |
| 14839 | 3/12/2024 | 13,035.00 | 364.00 |
| 14902 | 3/24/2024 | 7,515.00 | 1,027.59 |
| 14924 | 5/25/2024 | (5,060.00) | (5,060.00) |
| 15091 | 4/27/2024 | 7,850.00 | 45.00 |
| 15121 | 5/4/2024 | 3,382.50 | 480.00 |
| 15168 | 5/10/2024 | 980.00 | 322.00 |
| 15190 | 5/17/2024 | 3,584.00 | 2,240.00 |
| 15204 | 5/21/2024 | 13,338.00 | 2,118.00 |
| 15256 | 6/2/2024 | 900.00 | 32.50 |
| 15261 | 6/2/2024 | 1,391.25 | 1,113.00 |
| 15360 | 6/18/2024 | 850.00 | 850.00 |
| 15373 | 6/21/2024 | 7,560.00 | 1,596.00 |
| 15377 | 6/21/2024 | 7,240.00 | (100.00) |
| 15411 | 6/26/2024 | 3,960.00 | 270.00 |
| 15435 | 6/28/2024 | 4,785.00 | 4,785.00 |
| 15450 | 7/3/2024 | 1,100.00 | 1,100.00 |
| 15452 | 7/3/2024 | 4,731.00 | 1,281.00 |
| 15476 | 7/5/2024 | 1,428.00 | 1,428.00 |
| 15477 | 7/5/2024 | 10,198.00 | 2,460.00 |

EXHIBIT A 004

| | | | |
|---|---|---|---|
| 15519 | 7/17/2024 | 6,545.00 | 2,065.00 |
| 15547 | 7/22/2024 | 4,902.00 | 4,294.00 |
| 15605 | 8/3/2024 | 1,248.00 | 1,248.00 |
| 15775 | 9/1/2024 | 5,200.00 | 1,924.00 |
| 15842 | 9/11/2024 | 3,487.50 | 1,162.50 |
| 15909 | 9/22/2024 | 4,800.00 | 520.00 |
| 15910 | 9/22/2024 | 1,248.00 | 1,248.00 |
| 15953 | 9/30/2024 | 850.00 | 850.00 |
| 16015 | 10/13/2024 | 7,204.00 | (296.00) |
| 16016 | 10/13/2024 | 648.00 | 648.00 |
| 16150 | 11/3/2024 | 4,857.00 | 527.00 |
| 16227 | 11/16/2024 | 5,693.00 | 916.00 |
| 16267 | 11/21/2024 | 9,963.00 | 6,885.00 |
| 16481 | 12/26/2024 | 616.00 | 616.00 |
| 16512 | 1/2/2025 | 985.60 | 985.60 |
| 16741 | 2/9/2025 | 9,961.00 | 1,300.00 |
| 16843 | 2/28/2025 | 7,885.40 | 7,885.40 |
| 2330481 | 3/6/2025 | 9,367.20 | 234.00 |
| 16851 | 3/2/2025 | 250.00 | 250.00 |
| 16852 | 3/2/2025 | 0.01 | 0.01 |
| 2340282 | 3/27/2025 | 12,917.15 | 70.00 |
| 14542 | 4/22/2025 | 0.00 | (54.00) |
| 15342 | 4/22/2025 | 0.00 | (5,124.00) |
| 15343 | 4/22/2025 | 0.00 | (9,680.00) |
| 15344 | 4/22/2025 | 0.00 | (2,088.00) |
| 2352958 | 4/24/2025 | 2,642.20 | 0.15 |
| 2356064 | 5/1/2025 | 7,749.00 | 4,160.00 |
| 2356065 | 5/1/2025 | 10,898.75 | 10,898.75 |
| 2356066 | 5/1/2025 | 15,268.25 | 15,268.25 |
| 2356067 | 5/1/2025 | 53.45 | 53.45 |
| 2359158 | 5/8/2025 | 15,654.02 | (0.25) |
| 17218 | 5/9/2025 | 5,859.00 | 49.00 |
| 2361936 | 5/15/2025 | 13,811.42 | 66.30 |
| 17264 | 5/16/2025 | 3,108.00 | 3,108.00 |
| 2367235 | 5/29/2025 | 5,531.34 | 5,531.34 |

EXHIBIT A 005

| | | | |
|---|---|---|---|
| 2367236 | 5/29/2025 | 4,396.00 | 4,396.00 |
| 2367237 | 5/29/2025 | 8,518.80 | 8,518.80 |
| 2370239 | 6/5/2025 | 11,129.00 | 3,186.59 |
| 17329 | 6/6/2025 | 5,992.00 | 5,992.00 |
| 17334 | 6/6/2025 | 1,840.00 | 1,840.00 |
| 2373027 | 6/12/2025 | 19,010.95 | 291.60 |
| 17355 | 6/12/2025 | 4,032.00 | 4,032.00 |
| 2379097 | 6/26/2025 | 1,505.53 | 1,320.75 |
| 17394 | 6/23/2025 | 19,100.00 | 19,100.00 |
| 17434 | 6/28/2025 | 3,540.00 | 1,032.50 |
| 2384826 | 7/10/2025 | 10,884.05 | 0.10 |
| 17484 | 7/11/2025 | 200.00 | 200.00 |
| 2387623 | 7/17/2025 | 17,029.45 | 408.00 |
| 2387624 | 7/17/2025 | 6,805.92 | (7.82) |
| 17510 | 7/17/2025 | 1,344.00 | 1,344.00 |
| 2390436 | 7/24/2025 | 9,681.70 | (0.01) |
| 2393165 | 8/1/2025 | (7,580.95) | (7,580.95) |
| 2394359 | 8/4/2025 | 5,090.95 | 275.00 |
| 17626 | 8/10/2025 | 9,534.00 | 2,190.00 |
| 2402132 | 8/21/2025 | 27,261.80 | 822.12 |
| 2402133 | 8/21/2025 | 5,442.40 | (131.92) |
| 2375943 | 8/26/2025 | (601.50) | (601.50) |
| 2375944 | 8/26/2025 | (258.55) | (258.55) |
| 17704 | 8/30/2025 | 1,350.00 | 410.41 |
| 17737 | 9/5/2025 | 4,200.00 | 1,050.00 |
| 2410873 | 9/11/2025 | 2,803.21 | 8.00 |
| 17481 | 9/11/2025 | (2,688.00) | (2,688.00) |
| 2413755 | 9/18/2025 | 17,066.75 | 3,641.70 |
| 2416874 | 9/25/2025 | 8,097.05 | 580.00 |
| 2419731 | 1/6/2026 | 0.00 | (9.97) |
| 2419732 | 10/2/2025 | 6,925.25 | 77.00 |
| 17986 | 10/26/2025 | 6,665.55 | 1,397.55 |
| 18010 | 11/2/2025 | 12,825.50 | 777.00 |
| 2434526 | 11/6/2025 | 15,112.75 | 4.75 |
| 2434527 | 11/6/2025 | 4,451.46 | (149.64) |

EXHIBIT A 006

| | | | |
|---|---|---|---|
| 18055 | 11/9/2025 | 5,913.60 | 1,216.80 |
| 2437759 | 11/13/2025 | 11,562.00 | 1,442.70 |
| 2438127 | 11/14/2025 | (275.00) | (275.00) |
| 2440980 | 11/20/2025 | 6,295.50 | 330.00 |
| 2440981 | 11/20/2025 | 4,897.80 | 291.25 |
| 18141 | 11/21/2025 | 2,460.00 | 470.00 |
| 18145 | 11/21/2025 | 1,863.00 | 276.00 |
| 18146 | 11/21/2025 | 5,259.00 | 955.50 |
| 18147 | 11/21/2025 | 4,064.00 | 1,050.00 |
| 15748 | 1/3/2025 | (100.65) | (100.65) |
| 16093 | 10/25/2024 | 22,711.20 | 22,711.20 |
| 17259 | 5/16/2025 | 2,520.00 | 2,520.00 |
| 17261 | 5/16/2025 | 850.00 | 850.00 |
| 2444020 | 11/26/2025 | 12,431.00 | 12,431.00 |
| 18184 | 11/28/2025 | 5,589.00 | 5,589.00 |
| 18185 | 11/28/2025 | 4,680.00 | 4,680.00 |
| 18186 | 11/28/2025 | 6,039.00 | 6,039.00 |
| 18187 | 11/28/2025 | 850.00 | 850.00 |
| 18188 | 11/28/2025 | 6,144.00 | 6,144.00 |
| 2447624 | 12/4/2025 | 5,333.05 | 197.75 |
| 2450906 | 12/11/2025 | 8,519.77 | 238.00 |
| 2454517 | 12/18/2025 | 4,349.00 | 4,349.00 |
| 2454518 | 12/18/2025 | 6,208.69 | 6,208.69 |
| 2454870 | 12/19/2025 | 600.00 | 600.00 |
| 18266 | 12/14/2025 | 8,678.00 | 8,678.00 |
| 18267 | 12/14/2025 | 8,262.00 | 8,262.00 |
| 18268 | 12/14/2025 | 850.00 | 850.00 |
| 18271 | 12/14/2025 | 9,408.00 | 9,408.00 |
| 18272 | 12/14/2025 | 9,315.00 | 9,315.00 |
| 18273 | 12/14/2025 | 850.00 | 850.00 |
| 18303 | 12/20/2025 | 8,205.00 | 1,523.25 |
| 18304 | 12/20/2025 | 10,569.60 | 10,569.60 |
| 18305 | 12/20/2025 | 850.00 | 850.00 |
| 18325 | 12/24/2025 | 8,127.00 | 8,127.00 |
| 18326 | 12/24/2025 | 4,873.70 | 4,873.70 |

EXHIBIT A 007

| | | | |
|---|---|---|---|
| 18327 | 12/24/2025 | 3,000.00 | 3,000.00 |
| 18328 | 12/24/2025 | 2,380.00 | 2,380.00 |
| 18329 | 12/24/2025 | 850.00 | 850.00 |
| 2463254 | 1/7/2026 | 1,920.00 | 1,920.00 |
| 2463874 | 1/8/2026 | 2,016.90 | 2,016.90 |
| 2463875 | 1/8/2026 | 16,326.00 | 16,326.00 |
| 18373 | 1/7/2026 | 8,399.50 | 8,399.50 |
| 18375 | 1/7/2026 | 12,812.50 | 12,812.50 |
| 18376 | 1/7/2026 | 800.00 | 800.00 |
| 2467190 | 1/15/2026 | 9,221.70 | 9,221.70 |
| 2467191 | 1/15/2026 | 12,670.31 | 12,670.31 |
| 18387 | 1/11/2026 | 3,520.80 | 3,520.80 |
| 18388 | 1/11/2026 | 2,640.60 | 2,640.60 |
| 18389 | 1/11/2026 | 850.00 | 850.00 |
| 18424 | 1/16/2026 | 4,550.00 | 4,550.00 |
| 18425 | 1/16/2026 | 3,415.00 | 3,415.00 |
| 18426 | 1/16/2026 | 4,516.70 | 4,516.70 |
| 18427 | 1/16/2026 | 5,161.80 | 5,161.80 |
| 18428 | 1/16/2026 | 850.00 | 850.00 |
| 2461146 | 1/2/2026 | 7,711.88 | 7,711.88 |
| 2461147 | 1/2/2026 | 17,083.00 | 17,083.00 |
| 2470646 | 1/22/2026 | 722.00 | 722.00 |
| 2470648 | 1/22/2026 | 7,963.88 | 7,963.88 |
| 2470953 | 1/23/2026 | 9,866.45 | 9,866.45 |
| 2470954 | 1/23/2026 | 1,436.25 | 1,436.25 |
| 2470955 | 1/23/2026 | 2,058.00 | 2,058.00 |
| 16514 | 1/2/2025 | 12,810.00 | 2,562.00 |
| 17800 | 9/19/2025 | 11,700.00 | 11,700.00 |
| 18352 | 1/2/2026 | 8,160.00 | 8,160.00 |
| 18353 | 1/2/2026 | 850.00 | 850.00 |
| 18464 | 1/23/2026 | 5,454.00 | 5,454.00 |
| 18465 | 1/23/2026 | 3,520.80 | 3,520.80 |
| 18466 | 1/23/2026 | 2,660.00 | 2,660.00 |
| 18467 | 1/23/2026 | 4,290.00 | 4,290.00 |
| 18468 | 1/23/2026 | 850.00 | 850.00 |

EXHIBIT A 008

| | | | |
|---|---|---|---|
| 2473881 | 1/29/2026 | 5,980.50 | 5,980.50 |
| 2473882 | 1/29/2026 | 6,967.31 | 6,967.31 |
| 18491 | 1/31/2026 | 4,553.75 | 4,553.75 |
| 18492 | 1/31/2026 | 6,985.00 | 6,985.00 |
| 18493 | 1/31/2026 | 3,852.00 | 3,852.00 |
| 18494 | 1/31/2026 | 1,944.00 | 1,944.00 |
| 18495 | 1/31/2026 | 7,792.20 | 7,792.20 |
| 18497 | 1/31/2026 | 1,225.00 | 1,225.00 |
| 18498 | 1/31/2026 | 850.00 | 850.00 |
| 2477125 | 2/5/2026 | 2,748.75 | 2,748.75 |
| 2477127 | 2/5/2026 | 4,865.00 | 4,865.00 |
| 2477421 | 2/6/2026 | 2,703.75 | 2,703.75 |
| 2477423 | 2/6/2026 | 16,317.65 | 16,317.65 |
| 18517 | 2/4/2026 | 11,639.00 | 11,639.00 |
| 18518 | 2/4/2026 | 8,823.20 | 8,823.20 |
| 18519 | 2/4/2026 | 4,671.00 | 4,671.00 |
| 18520 | 2/4/2026 | 5,820.00 | 5,820.00 |
| 18521 | 2/4/2026 | 850.00 | 850.00 |
| 18526 | 2/6/2026 | 6,480.00 | 6,480.00 |
| 18527 | 2/6/2026 | 3,321.00 | 3,321.00 |
| 18528 | 2/6/2026 | 850.00 | 850.00 |
| 18533 | 2/9/2026 | 72.00 | 72.00 |
| 2112026 | 2/11/2026 | (2,304.00) | (2,304.00) |
| 2483767 | 2/19/2026 | 4,689.90 | 4,689.90 |
| 2483768 | 2/19/2026 | 4,755.50 | 4,755.50 |
| 2483769 | 2/19/2026 | 5,722.41 | 5,722.41 |
| 18583 | 2/20/2026 | 5,943.60 | 5,943.60 |
| 18584 | 2/20/2026 | 4,560.00 | 4,560.00 |
| 18585 | 2/20/2026 | 2,880.00 | 2,880.00 |
| 18587 | 2/20/2026 | 850.00 | 850.00 |
| 18615 | 2/26/2026 | 22,375.90 | 22,375.90 |
| 2488418 | 3/2/2026 | 6,255.00 | 6,255.00 |
| 2488419 | 3/2/2026 | 5,111.90 | 5,111.90 |
| 2488420 | 3/2/2026 | 1,825.00 | 1,825.00 |
| 18649 | 3/4/2026 | 9,948.00 | 9,948.00 |

EXHIBIT A 009

| | | | |
|---|---|---|---|
| 18650 | 3/4/2026 | 11,824.00 | 11,824.00 |
| 18651 | 3/4/2026 | 6,504.75 | 6,504.75 |
| 18655 | 3/5/2026 | 850.00 | 850.00 |
| 2492864 | 3/11/2026 | 17,812.68 | 17,812.68 |
| 2492138 | 3/10/2026 | 10,346.30 | 10,346.30 |
| 18681 | 3/11/2026 | 4,818.00 | 4,818.00 |
| 18682 | 3/11/2026 | 7,301.00 | 7,301.00 |
| 18683 | 3/11/2026 | 850.00 | 850.00 |
| 2494993 | 3/16/2026 | 10,050.20 | 10,050.20 |
| 2494994 | 3/16/2026 | 12,456.84 | 12,456.84 |
| 2495424 | 3/17/2026 | 8,727.64 | 8,727.64 |
| 2495799 | 3/17/2026 | 5,124.53 | 5,124.53 |
| 18717 | 3/18/2026 | 1,330.00 | 1,330.00 |
| 18720 | 3/18/2026 | 10,464.30 | 10,464.30 |
| 18722 | 3/18/2026 | 2,660.00 | 2,660.00 |
| 18723 | 3/18/2026 | 2,891.00 | 2,891.00 |
| 18724 | 3/18/2026 | 850.00 | 850.00 |
| 18725 | 3/18/2026 | 4,818.00 | 4,818.00 |
| 18726 | 3/18/2026 | 2,420.00 | 2,420.00 |
| 18727 | 3/18/2026 | 850.00 | 850.00 |
| 2503441 | 4/3/2026 | 24,163.29 | 24,163.29 |
| 2503442 | 4/3/2026 | 5,083.62 | 5,083.62 |
| 3312026 | 4/2/2026 | 0.00 | (0.10) |
| 18809 | 4/3/2026 | 6,115.00 | 6,115.00 |
| 18810 | 4/3/2026 | 850.00 | 850.00 |
| | | | **965,996.53** |

EXHIBIT "A"    <span style="color:red">EXHIBIT A 010</span>